IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| NICOLE M. BLADOW, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. CIV-14-1022-F |
| v. | ) |
| | ) |
| OKLAHOMA BUREAU OF NARCOTICS | ) |
| AND DANGEROUS DRUGS CONTROL, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate and agree that the claims in the above-styled and numbered action shall be dismissed without prejudice. The parties shall bear their own costs and attorney's fees.

Dated this 6th day of January, 2016.

| | |
|---|---|
| /s/ Barrett T. Bowers | /s/ Richard N. Mann |
| Stanley M. Ward, OBA#9351 | Richard N. Mann, OBA#11040 |
| Woodrow K. Glass, OBA#15690 | Assistant Attorney General |
| Scott F. Brockman, OBA#19416 | Oklahoma Attorney General's Office |
| R. Ben Houston, OBA#14751 | Litigation Division |
| Barrett T. Bowers, OBA#30493 | 313 N.E. 21st Street |
| Brent L. Neighbors, OBA#15910 | Oklahoma City, Oklahoma 73105 |
| WARD & GLASS, LLP | Telephone:   (405) 522-2921 |
| 1821 E. Imhoff Road, Ste. 102 | Facsimile:    (405) 521-4518 |
| Norman, OK 73071 | |
| Telephone:   (405) 360-9700 | |
| Facsimile:    (405) 360-7902 | |
| | |
| **ATTORNEYS FOR PLAINTIFF** | **ATTORNEYS FOR DEFENDANT** |